1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| ALONSO LIZARRAGA-RIOS, ) | CV F 04 6524 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER STAYING FINDINGS AND |
| ) | RECOMMENDATION OF MARCH 16, 2005 |
| ) | [Doc. #8] |
| ) | |
| v. ) | ORDER GRANTING PETITIONER LEAVE |
| ) | TO FILE OPPOSITION TO RESPONDENT'S |
| ) | MOTION TO DISMISS |
| ) | |
| R. D. ANDREWS, et al., ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO SERVE MOTION TO DISMISS ON |
| Respondents. ) | PETITIONER |
| ) | [Doc. #6] |

21      Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement

22 ("BICE") and is proceeding pro se with a petition for writ of habeas corpus pursuant to 28

23 U.S.C. § 2241.

24      On January 28, 2005, Respondent filed a motion to dismiss the petition.

25      On March 16, 2005, this Court issued a Findings and Recommendation which recommended

26 Respondent's motion to dismiss be granted and the petition be dismissed.

27      On April 12, 2005, Petitioner filed objections to the Findings and Recommendation.

28 Petitioner states he did not receive Respondent's motion to dismiss and thus did not have an

1  opportunity to file an opposition. Review of the docket reveals that Petitioner may not have been

2  served with the motion to dismiss. Therefore, Petitioner will be granted leave to file an opposition to

3  the motion.

4         Accordingly, IT IS HEREBY ORDERED:

5         1) The Findings and Recommendation issued on March 16, 2005, is STAYED;

6         2) Petitioner is GRANTED thirty (30) days from the date of service of this order to file an

7  opposition to Respondent's motion to dismiss; and

8         3) The Clerk of Court is DIRECTED to serve a copy of Respondent's motion to dismiss

9  [Doc. #6] on Petitioner.

10 IT IS SO ORDERED.

11 **Dated:    April 21, 2005                      /s/ Lawrence J. O'Neill**
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28