UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONSO LIZARRAGA-RIOS, | ) | CV F 04 6524 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #13] |
| v. | ) | |
| | ) | ORDER TRANSFERRING PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS TO THE |
| R. D. ANDREWS, et al., | ) | NINTH CIRCUIT COURT OF APPEALS AS |
| | ) | A PETITION FOR REVIEW |
| Respondents. | ) | |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 27, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be transferred to the Ninth Circuit Court of Appeals, because the "Real ID Act of 2005," enacted May 11, 2005, requires removal of all petitions challenging orders of removal, deportation or exclusion to the Ninth Circuit. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and

1 | no party has filed objections. In addition, Petitioner has not sought a stay of removal.

2 |     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued May 27, 2005, is ADOPTED IN FULL; and

    2. The petition is TRANSFERRED to the Ninth Circuit Court of Appeals as a petition for review.

IT IS SO ORDERED.

**Dated:**   **July 26, 2005**                    /s/ **Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE